**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER** |
| - v. - | **S2 15 Cr. 95 (AJN)** |
| NICO BURRELL et al., | |
| Defendants. | |

Upon the application of the United States of America by Rachel Maimin, Assistant United States Attorney, it is hereby ORDERED that the Superseding Indictment in this matter, S2 15 Cr. 95 (AJN), be unsealed on April 27, 2016 at 7 a.m., and the caption of this matter shall be *United States* v. *Nico Burrell* et al.

Dated:   New York, New York
         April 25 , 2016

THE HONORABLE FRANK MAAS
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 27 2016