UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                 :

     - v. -                          :         **SEALED**
                                          **SUPERSEDING**
NICO BURRELL,                            :         <u>**INDICTMENT**</u>
    a/k/a "Zico Nico,"
DOUGLAS MCLARTY,                         :         S2 15 Cr. 95 (AJN)
    a/k/a "Q-Don,"
    a/k/a "Q-Dizzy,"                  :
MARTIN MITCHELL,
    a/k/a "Tyliek,"                   :
DONQUE TYRELL,
    a/k/a "Polo Rell,"               :
GERARD BASS,
    a/k/a "Roddo,""                  :
DOMINICK SHERLAND,
    a/k/a "D-Nick,"                  :
BARFFOUR ABEBERSE,
    a/k/a "BB,"                      :
    a/k/a "Duce Bigga,"
MASHUD YODA,                             :
    a/k/a "Papa Ola,"
ANDERSON ROSS,                           :
    a/k/a "Boogy,"
    a/k/a "Boogy Boo,"               :
    a/k/a "Ray Allen Jr.,"
ANTHONY KING,                            :
    a/k/a "Ant-Dog,"
MARK WILLIAMS,                           :
    a/k/a "Spangler,"
    a/k/a "Markie Bossin,"           :
QUAYSEAN CANNONIER,
    a/k/a "Tic-Tic,"                 :
TAYQUAN TUCKER,
    a/k/a "Chicken,"                 :
    a/k/a "Chickenita,"
WILLIAM REID,                            :
    a/k/a "Uptown Will,"
MARLON ROBERTS,                          :
    a/k/a "Fetti,"
ABDULLAH YODA,                           :
    a/k/a "Dellah,"

                                        :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

```
KENNETH RUGGS,
     a/k/a "Money Making Kenny,"        :
CALVIN RUGGS,
     a/k/a "GQ,"                        :
FABIAN MORRISON,
     a/k/a "Fabo,"                      :
SHAQUILLE DEWAR,
     a/k/a "Shaq Doe,"                  :
DESEAN BENNETT,
     a/k/a "Doola,"                     :
JAFAR BORDEN,
     a/k/a "Jaffy,"                     :
JOSE RODRIGUEZ,
     a/k/a "Hov,"                       :
SHAVON WRIGHT,
     a/k/a "Bhippy,"                    :
     a/k/a "Yung Bhippy,"
RASHEID BUTLER,                         :
     a/k/a "Rah,"
BRIAN RICHARDS,                         :
     a/k/a "B-Rich,"
DEVANTE JOSEPH,                         :
     a/k/a "Wiz,"
STEPHAN CLARKE,                         :
JAMES PILGRIM,
     a/k/a "Jizzle,"                    :
MICHELLE JEMISON,
     a/k/a "Pebbles,"                   :
IVANJOEL ARYEETEY,
     a/k/a "Ijoe,"                      :
     a/k/a "Ivan,"
ROBERT HAUGHTON,                        :
     a/k/a "Duke,"
JAMAL BLAIR,                            :
     a/k/a "Fish,"
ONEIL DASILVA,                          :
     a/k/a "Soxx,"
     a/k/a "Bobby Soxx,"                :
DURELL GUY,
HAKEEM CAMPBELL,                        :
     a/k/a "Ocky,"
     a/k/a "Ackee,"                     :
RICHARD PHILLIPS,
     a/k/a "G-Mack,"                    :
RUSHAUN BROWN,
     a/k/a "Boobie,"                    :
     a/k/a "Gambino,"
```

2

```
MICHAEL FRANCIS,                            :
     a/k/a "Mikey Bandz,"
TYRONE GRAY,                                :
     a/k/a "Ty,"
LAMAR FRANCIS,                              :
     a/k/a "Lammy,"
     a/k/a "Andrew Blacks,"                 :
SHANE BENNETT,
     a/k/a "Fattah,"                        :
DAVID JONES,
RICARDO STEWART,                            :
     a/k/a "Cardo,"
DANTE PLUMMER,                              :
     a/k/a "Tae,"
JOEL HARGROVE,                              :
     a/k/a "Flow,"
SHAWN REID,                                 :
     a/k/a "Sama,"
     a/k/a "Sama Lama,"                     :
BRADLEY WILSON,
     a/k/a "Broadway,"                      :
ROBERT FELICIANO,
     a/k/a "RJ,"                            :
DANTE STEPHENS,
     a/k/a "Jibba,"                         :
CARLETTO ALLEN,
     a/k/a "Joker,"                         :
SHAQUILLE JOHN,
     a/k/a "Poppy,"                         :
OKEIFA JOHN,
     a/k/a "Ratty,"                         :
DAQUAN REID,
     a/k/a "DQ,"                            :
MICHAEL REDLEY,
     a/k/a "Mikey,"                         :
     a/k/a "Jones,"
ALBERT AMPONSAH,                            :
     a/k/a "Jungle,"
RICHARD MONTAGUE,                           :
     a/k/a "Spanks,"
ANTHONY LETTERIO,                           :
     a/k/a "Yay,"
RAI THOMAS,                                 :
     a/k/a "Ritch,"
                                            :

                                            :
```

3

JAVONE PEARCE,                          :
     a/k/a "Jevy,"
SHANICE JOHN,                           :
DOMINIQUE BASS,
     a/k/a "Domo," and                  :
RICARDO BURGESS,
     a/k/a "Zilla,"                     :

                    Defendants.    :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

### RACKETEERING CONSPIRACY

The Grand Jury charges:

### THE ENTERPRISE

1.   At all times relevant to this Indictment, NICO
BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a
"Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL, a/k/a
"Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a
"D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga,"
MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS, a/k/a "Boogy,"
a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY KING, a/k/a
"Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie
Bossin," QUAYSEAN CANNONIER, a/k/a "Tic-Tic," TAYQUAN TUCKER,
a/k/a "Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown
Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a
"Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN
RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE
DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JAFAR

4

BORDEN, a/k/a "Jaffy," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON
WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID BUTLER,
a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," DEVANTE JOSEPH,
a/k/a "Wiz," STEPHAN CLARKE, JAMES PILGRIM, a/k/a "Jizzle,"
MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a
"Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR,
a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx,"
DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD
PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a
"Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY,
a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks,"
SHANE BENNETT, a/k/a "Fattah," DAVID JONES, RICARDO STEWART,
a/k/a "Cardo," DANTE PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a
"Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY
WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE
STEPHENS, a/k/a "Jibba," and CARLETTO ALLEN, a/k/a "Joker," the
defendants, and others known and unknown, were members and
associates of the Big Money Bosses street gang ("BMB" or the
"Enterprise"), a criminal organization whose members and
associates engaged in, among other things, murder, attempted
murder, robbery, attempted robbery, narcotics trafficking, bank
fraud, and the passing of counterfeit currency.

2.   BMB was a faction of the "Young Bosses," or "YBz"
street gang, which operates in various parts of New York City.

5

BMB, whose members and associates also referred to themselves as "Blamma," "Money Making Mafia," or "Triple M," operated principally in the vicinity of White Plains Road between 215th Street and 233rd Street in the Bronx, New York, including in an area on 224th Street described by members of the Enterprise as the "Forts," as well as in the vicinity of Boston Road and Eastchester Road in the Bronx, in an area described by members of the Enterprise as "B-Road."

3.     Members of BMB and their associates committed acts of violence, including shootings, against rival gangs, including: (a) the "2Fly YGz," which is based in the Eastchester Gardens public housing development in the Bronx ("2Fly"); (b) the "Slut Gang," which is based in the Boston Secor public housing development in the Bronx; and (c) the "YSGz," which is based in the Edenwald public housing development in the Bronx.

4.     Among the murders and other acts of violence committed in the Bronx, New York by members and associates of the Enterprise were: (a) the murder of Sadie Mitchell, who was killed in her own home by a stray bullet, at the age of 92, by an associate of BMB in the vicinity of White Plains Road and 224th Street and White Plains Road, on or about October 20, 2009; (b) the murder of Keshon Potterfield, a/k/a "Keke," who was shot to death, at the age of 18, by a member of BMB in the vicinity of 232nd Street between White Plains Road and Barnes Avenue, on

or about June 22, 2014; and (c) the murder of Jeffrey Delmore, a/k/a "Famous," a/k/a "Junior," who was stabbed to death, at the age of 15, by members of BMB in the vicinity of East Gun Hill Road, on or about May 15, 2015.

5.     In addition to committing acts of violence and selling narcotics, members and associates of BMB engaged in robbery, attempted robbery, and bank fraud, and passed counterfeit currency, all in order to generate funds for the Enterprise.

6.     NICO BURRELL, a/k/a "Zico Nico," and DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," were leaders of BMB authorized to order acts of violence and to recruit new members into the Enterprise.   Leaders of BMB were called "Big Suits," and were further subcategorized as, among other things, "Burberry Suits," "Louis Suits," "Gucci Suits," "Ferragamo Suits," and "Sean John Suits," in order to signify their relative rank in the Enterprise.

7.     BMB, including its leadership, membership, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact, although not a legal entity. The Enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the Enterprise.   At all times

relevant to this Indictment, the Enterprise has engaged in, and its activities affected, interstate and foreign commerce.

8.    NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," QUAYSEAN CANNONIER, a/k/a "Tic-Tic," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JAFAR BORDEN, a/k/a "Jaffy," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID BUTLER, a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," DEVANTE JOSEPH, a/k/a "Wiz," STEPHAN CLARKE, JAMES PILGRIM, a/k/a "Jizzle," MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN,

8

a/k/a "Boobie," a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey

Bandz," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy,"

a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Fattah," DAVID

JONES, RICARDO STEWART, a/k/a "Cardo," DANTE PLUMMER, a/k/a

"Tae," JOEL HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama,"

a/k/a "Sama Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT

FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a "Jibba," and

CARLETTO ALLEN, a/k/a "Joker," the defendants, were members and

associates of the Enterprise who carried out unlawful and other

activities in furtherance of the conduct of the Enterprise's

affairs.

### PURPOSES OF THE ENTERPRISE

9.    The purposes of the Enterprise included the

following:

a.    Enriching the members and associates of the

Enterprise through, among other things, the distribution of

narcotics, including marijuana and cocaine base, as well as

robbery, attempted robbery, bank fraud, and the passage of

counterfeit currency.

b.    Preserving and protecting the power of the

Enterprise and its members and associates through murder,

attempted murder, other acts of violence, and threats of

violence.

c.   Promoting and enhancing the Enterprise and the activities of its members and associates.

<u>MEANS AND METHODS OF THE ENTERPRISE</u>

10.   Among the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of the Enterprise were the following:

a.   Members and associates of the Enterprise committed, conspired to commit, and attempted to commit acts of violence, including murder, to protect and expand the Enterprise's criminal operations, and in connection with rivalries with members of other street gangs, such as 2Fly, the Slut Gang, and the YSGz.

b.   Members and associates of the Enterprise used physical violence and threats of violence, including murder and attempted murder, against others, including in particular rival gang members and rival narcotics traffickers.

c.   Members and associates of the Enterprise used physical violence against various people, including murders and attempted murders.

d.   Members and associates of the Enterprise participated in robberies and attempted robberies.

e.   Members and associates of the Enterprise sold narcotics, including marijuana and cocaine base.

f.    Members and associates of the Enterprise engaged in bank fraud and passed counterfeit currency.

<u>THE RACKETEERING VIOLATION</u>

11.    From at least in or about 2007, up to and including in or about 2016, in the Southern District of New York and elsewhere, NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," QUAYSEAN CANNONIER, a/k/a "Tic-Tic," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JAFAR BORDEN, a/k/a "Jaffy," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID BUTLER, a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," DEVANTE JOSEPH, a/k/a "Wiz," STEPHAN CLARKE, JAMES PILGRIM, a/k/a "Jizzle," MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a

11

"Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Fattah," DAVID JONES, RICARDO STEWART, a/k/a "Cardo," DANTE PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a "Jibba," and CARLETTO ALLEN, a/k/a "Joker," the defendants, and others known and unknown, being persons employed by and associated with the Enterprise described in paragraphs 1 through 10 of Count One of this Indictment, to wit, BMB, knowingly combined, conspired, confederated, and agreed together and with each other to violate the racketeering laws of the United States, to wit, Section 1962(c) of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Enterprise, which was engaged in, and the activities of which affected, interstate and foreign commerce, through a pattern of racketeering activity consisting of:

> Multiple acts involving murder, that is, New York Penal
> Law, Sections 20.00, 125.25, and 125.27 (murder); New York
> Penal Law, Sections 20.00, 110.00, and 125.25 (attempted
> murder); New York Penal Law, Sections 105.15 and 125.25
> (conspiracy to murder);

Multiple acts involving robbery, that is, New York Penal
Law, Sections 160.10, 160.05, 20.00 (robbery); New York
Penal Law, Section 160.10, 160.05, 110.00 (attempted
robbery); New York Penal Law 105.10 (conspiracy to commit
robbery).

Multiple acts indictable under 18 U.S.C. § 1951 (Hobbs Act
robbery).

Multiple acts involving the distribution of controlled
substances, including 280 grams and more of cocaine
base, marijuana, and oxycodone, in violation of the
laws of the United States, specifically Title 21,
United States Code, Sections 812, 841(a)(1),
841(b)(1)(A), and 846, and Title 18, United States
Code, Section 2.

Multiple acts indictable under 18 U.S.C. §§ 1344 and 2
(bank fraud); and

Multiple acts indictable under 18 U.S.C. §§ 472, 473, and 2
(the passage of counterfeit currency).

It was a part of the conspiracy that each defendant agreed that
a conspirator would commit at least two acts of racketeering in
the conduct of the affairs of the Enterprise.

(Title 18, United States Code, Section 1962(d).)

## COUNT TWO

### NARCOTICS CONSPIRACY

The Grand Jury further charges:

12.  From at least in or about 2007, up to and
including in or about 2016, in the Southern District of New York
and elsewhere, NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY,
a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek,"

DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo,"
DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a
"BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola,"
ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray
Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a
"Spangler," a/k/a "Markie Bossin," TAYQUAN TUCKER, a/k/a
"Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown
Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a
"Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN
RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE
DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JOSE
RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a
"Yung Bhippy," RASHEID BUTLER, a/k/a "Rah," BRIAN RICHARDS,
a/k/a "B-Rich," MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL
ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a
"Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx,"
a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky,"
a/k/a "Ackee," RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN,
a/k/a "Boobie," a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey
Bandz," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy,"
a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Fattah," RICARDO
STEWART, a/k/a "Cardo," DANTE PLUMMER, a/k/a "Tae," JOEL
HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama
Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a

"RJ," DANTE STEPHENS, a/k/a "Jibba," CARLETTO ALLEN, a/k/a

"Joker," SHAQUILLE JOHN, a/k/a "Poppy," OKEIFA JOHN, a/k/a

"Ratty," DAQUAN REID, a/k/a "DQ," MICHAEL REDLEY, a/k/a "Mikey,"

a/k/a "Jones," ALBERT AMPONSAH, a/k/a "Jungle," RICHARD

MONTAGUE, a/k/a "Spanks," ANTHONY LETTERIO, a/k/a "Yay," RAI

THOMAS, a/k/a "Ritch," JAVONE PEARCE, a/k/a "Jevy," SHANICE

JOHN, DOMINIQUE BASS, a/k/a "Domo," and RICARDO BURGESS, a/k/a

"Zilla," the defendants, and others known and unknown,

intentionally and knowingly did combine, conspire, confederate,

and agree together and with each other to violate the narcotics

laws of the United States.

      13.  It was a part and an object of the conspiracy

that NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-

Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE

TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK

SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a

"Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS,

a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY

KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a

"Markie Bossin," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a

"Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS,

a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS,

a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN

MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe,"

DESEAN BENNETT, a/k/a "Doola," JOSE RODRIGUEZ, a/k/a "Hov,"
SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID
BUTLER, a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," MICHELLE
JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a
"Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a
"Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL
GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD
PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a
"Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY,
a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks,"
SHANE BENNETT, a/k/a "Fattah," RICARDO STEWART, a/k/a "Cardo,"
DANTE PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a "Flow," SHAWN
REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY WILSON, a/k/a
"Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a
"Jibba," CARLETTO ALLEN, a/k/a "Joker," SHAQUILLE JOHN, a/k/a
"Poppy," OKEIFA JOHN, a/k/a "Ratty," DAQUAN REID, a/k/a "DQ,"
MICHAEL REDLEY, a/k/a "Mikey," a/k/a "Jones," ALBERT AMPONSAH,
a/k/a "Jungle," RICHARD MONTAGUE, a/k/a "Spanks," ANTHONY
LETTERIO, a/k/a "Yay," RAI THOMAS, a/k/a "Ritch," JAVONE PEARCE,
a/k/a "Jevy," SHANICE JOHN, DOMINIQUE BASS, a/k/a "Domo," and
RICARDO BURGESS, a/k/a "Zilla," the defendants, and others known
and unknown, would and did distribute and possess with intent to
distribute controlled substances, in violation of Title 21,
United States Code, Section 841(a)(1).

14. The controlled substances that NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID BUTLER, a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Fattah," RICARDO STEWART, a/k/a "Cardo," DANTE

PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a "Jibba," CARLETTO ALLEN, a/k/a "Joker," SHAQUILLE JOHN, a/k/a "Poppy," OKEIFA JOHN, a/k/a "Ratty," DAQUAN REID, a/k/a "DQ," MICHAEL REDLEY, a/k/a "Mikey," a/k/a "Jones," ALBERT AMPONSAH, a/k/a "Jungle," RICHARD MONTAGUE, a/k/a "Spanks," ANTHONY LETTERIO, a/k/a "Yay," RAI THOMAS, a/k/a "Ritch," JAVONE PEARCE, a/k/a "Jevy," SHANICE JOHN, DOMINIQUE BASS, a/k/a "Domo," and RICARDO BURGESS, a/k/a "Zilla," the defendants, conspired to distribute and possess with intent to distribute were: (1) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack" cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A); (2) 100 kilograms and more of a quantity of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(B); and (3) a quantity of mixtures and substances containing a detectable amount of oxycodone, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

      (Title 21, United States Code, Section 846.)

## COUNT THREE

### DISTRIBUTION OF NARCOTICS WITHIN ONE THOUSAND FEET OF PLAYGROUNDS AND SCHOOLS

The Grand Jury further charges:

15.  From at least in or about 2007, up to and including in or about 2016, in the Southern District of New York and elsewhere, DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a "Chickenita," MARLON ROBERTS, a/k/a "Fetti," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Fattah," RICARDO STEWART, a/k/a "Cardo," JOEL HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama

Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a

"RJ," DANTE STEPHENS, a/k/a "Jibba," CARLETTO ALLEN, a/k/a

"Joker," SHAQUILLE JOHN, a/k/a "Poppy," OKEIFA JOHN, a/k/a

"Ratty," DAQUAN REID, a/k/a "DQ," MICHAEL REDLEY, a/k/a "Mikey,"

a/k/a "Jones," ALBERT AMPONSAH, a/k/a "Jungle," RICHARD

MONTAGUE, a/k/a "Spanks," JAVONE PEARCE, a/k/a "Jevy," SHANICE

JOHN, DOMINIQUE BASS, a/k/a "Domo," and RICARDO BURGESS, a/k/a

"Zilla," the defendants, intentionally and knowingly did

distribute and possess with the intent to distribute a

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

16.  The controlled substances that DOUGLAS MCLARTY,

a/k/a "Q-Don," a/k/a "Q-Dizzy," DONQUE TYRELL, a/k/a "Polo

Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-

Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MARK

WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," TAYQUAN

TUCKER, a/k/a "Chicken," a/k/a "Chickenita," MARLON ROBERTS,

a/k/a "Fetti," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR,

a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JOSE RODRIGUEZ,

a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy,"

MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a

"Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL

BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby

Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee,"

RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie,"

a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE

GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew

Blacks," SHANE BENNETT, a/k/a "Fattah," RICARDO STEWART, a/k/a

"Cardo," JOEL HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama,"

a/k/a "Sama Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT

FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a "Jibba," CARLETTO

ALLEN, a/k/a "Joker," SHAQUILLE JOHN, a/k/a "Poppy," OKEIFA

JOHN, a/k/a "Ratty," DAQUAN REID, a/k/a "DQ," MICHAEL REDLEY,

a/k/a "Mikey," a/k/a "Jones," ALBERT AMPONSAH, a/k/a "Jungle,"

RICHARD MONTAGUE, a/k/a "Spanks," JAVONE PEARCE, a/k/a "Jevy,"

SHANICE JOHN, DOMINIQUE BASS, a/k/a "Domo," and RICARDO BURGESS,

a/k/a "Zilla," the defendants, distributed and possessed with

intent to distribute were (1) 280 grams and more of mixtures and

substances containing a detectable amount of cocaine base, in a

form commonly known as "crack" cocaine, in violation of Title

21, United States Code, Section 841(b)(1)(A); and (2) 100

kilograms and more of a quantity of mixtures and substances

containing a detectable amount of marijuana, in violation of

Title 21, United States Code, Section 841(b)(1)(B).

17.  DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy,"

DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo,"

DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a

"BB," a/k/a "Duce Bigga," MARK WILLIAMS, a/k/a "Spangler," a/k/a

"Markie Bossin," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a

"Chickenita," MARLON ROBERTS, a/k/a "Fetti," FABIAN MORRISON,

a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT,

a/k/a "Doola," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a

"Bhippy," a/k/a "Yung Bhippy," MICHELLE JEMISON, a/k/a

"Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT

HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL

DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM

CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a

"G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a "Gambino,"

MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY, a/k/a "Ty,"

LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks," SHANE

BENNETT, a/k/a "Fattah," RICARDO STEWART, a/k/a "Cardo," JOEL

HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama

Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a

"RJ," DANTE STEPHENS, a/k/a "Jibba," CARLETTO ALLEN, a/k/a

"Joker," SHAQUILLE JOHN, a/k/a "Poppy," OKEIFA JOHN, a/k/a

"Ratty," DAQUAN REID, a/k/a "DQ," MICHAEL REDLEY, a/k/a "Mikey,"

a/k/a "Jones," ALBERT AMPONSAH, a/k/a "Jungle," RICHARD

MONTAGUE, a/k/a "Spanks," JAVONE PEARCE, a/k/a "Jevy," SHANICE

JOHN, DOMINIQUE BASS, a/k/a "Domo," and RICARDO BURGESS, a/k/a

"Zilla," the defendants, knowingly committed the narcotics

trafficking offense charged in Count Three of this Indictment

within 1000 feet of: (1) playgrounds, to wit, the Agnes Haywood

Playground located in the vicinity of Barnes Avenue between 215th

and 216th Streets, and the Rienzi Playground located in the
vicinity of White Plains Road between 225th Street and 226th
Street; and (2) public and private elementary, vocational, and
secondary schools, to wit, Regent School located in the vicinity
of White Plains Road and 216th Street, the Young Scholars Academy
of the Bronx located in the vicinity of Barnes Avenue between
216th Street and 217th Street, the St. Mary School located in the
vicinity of Carpenter Avenue between 224th Street and 225th
Street, and P.S. 103 Hector Fontanez located in the vicinity of
Carpenter Avenue between 229th Street and 230th Street, Bronx, New
York.

> (Title 21, United States Code, Sections 846 and 860, and Title
> 18, United States Code, Section 2.)

### COUNT FOUR

### USE OF FIREARMS IN FURTHERANCE OF COUNTS ONE AND TWO

The Grand Jury further charges:

18.  From at least in or about 2007 up to and
including in or about 2016, in the Southern District of New York
and elsewhere, NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY,
a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek,"
DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo,"
DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a
"BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola,"
ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray
Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," QUAYSEAN CANNONIER,

a/k/a "Tic-Tic," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a
"Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS,
a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS,
a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN
MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe,"
DESEAN BENNETT, a/k/a "Doola," JAFAR BORDEN, a/k/a "Jaffy," JOSE
RODRIGUEZ, a/k/a "Hov," RASHEID BUTLER, a/k/a "Rah," BRIAN
RICHARDS, a/k/a "B-Rich," DEVANTE JOSEPH, a/k/a "Wiz," STEPHAN
CLARKE, JAMES PILGRIM, a/k/a "Jizzle," IVANJOEL ARYEETEY, a/k/a
"Ijoe," a/k/a "Ivan," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA,
a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL,
a/k/a "Ocky," a/k/a "Ackee," RUSHAUN BROWN, a/k/a "Boobie,"
a/k/a "Gambino," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a
"Lammy," a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Fattah,"
DAVID JONES, RICARDO STEWART, a/k/a "Cardo," DANTE PLUMMER,
a/k/a "Tae," ROBERT FELICIANO, a/k/a "RJ," CARLETTO ALLEN, a/k/a
"Joker," OKEIFA JOHN, a/k/a "Ratty," and RICARDO BURGESS, a/k/a
"Zilla," the defendants, and others known and unknown, during
and in relation to a crime of violence for which they may be
prosecuted in a court of the United States, namely, the
racketeering conspiracy charged in Count One of this Indictment,
and during and in relation to a drug trafficking crime for which
they may be prosecuted in a court of the United States, namely,
the narcotics conspiracy charged in Count Two of this

Indictment, knowingly did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, including firearms that were discharged on multiple occasions.

(Title 18, United States Code,
Sections 924(c)(1)(A)(iii) and 2.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

19.   As a result of committing the offense alleged in Count One of this Indictment, NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," QUAYSEAN CANNONIER, a/k/a "Tic-Tic," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JAFAR BORDEN, a/k/a "Jaffy," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID BUTLER, a/k/a "Rah,"

BRIAN RICHARDS, a/k/a "B-Rich," DEVANTE JOSEPH, a/k/a "Wiz,"
STEPHAN CLARKE, JAMES PILGRIM, a/k/a "Jizzle," MICHELLE JEMISON,
a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan,"
ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL
DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM
CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a
"G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a "Gambino,"
MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY, a/k/a "Ty,"
LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks," SHANE
BENNETT, a/k/a "Fattah," DAVID JONES, RICARDO STEWART, a/k/a
"Cardo," DANTE PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a
"Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY
WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE
STEPHENS, a/k/a "Jibba," and CARLETTO ALLEN, a/k/a "Joker," the
defendants, shall forfeit to the United States, pursuant to
Title 18, United States Code, Section 1963, (i) any interest the
defendants acquired or maintained as a result of the commission
of the offense alleged in Count One of the Indictment; (ii) any
interest in, security of, claim against, or property or
contractual right of any kind affording a source of influence
over, any enterprise which the defendant has established,
operated, controlled, conducted, or participated in the conduct
of, in committing the offense alleged in Count One of the
Indictment; and (iii) any property, constituting or derived

from, any proceeds which the defendants obtained, directly and indirectly, from the racketeering activity alleged in Count One of this Indictment.

Substitute Assets Provision

20. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 1963;<br>
Title 21, United States Code, Section 853(p); and<br>
Title 28, United States Code, Section 2461(c).)

FORFEITURE ALLEGATION AS TO COUNT TWO

21. As a result of committing the controlled substance offense alleged in Count Two of this Indictment, NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don,"

27

a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL,

a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK

SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a

"Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS,

a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY

KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a

"Markie Bossin," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a

"Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS,

a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS,

a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN

MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe,"

DESEAN BENNETT, a/k/a "Doola," JOSE RODRIGUEZ, a/k/a "Hov,"

SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID

BUTLER, a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," MICHELLE

JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a

"Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a

"Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL

GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD

PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a

"Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY,

a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks,"

SHANE BENNETT, a/k/a "Fattah," RICARDO STEWART, a/k/a "Cardo,"

DANTE PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a "Flow," SHAWN

REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY WILSON, a/k/a

"Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a

"Jibba," CARLETTO ALLEN, a/k/a "Joker," SHAQUILLE JOHN, a/k/a

"Poppy," OKEIFA JOHN, a/k/a "Ratty," DAQUAN REID, a/k/a "DQ,"

MICHAEL REDLEY, a/k/a "Mikey," a/k/a "Jones," ALBERT AMPONSAH,

a/k/a "Jungle," RICHARD MONTAGUE, a/k/a "Spanks," ANTHONY

LETTERIO, a/k/a "Yay," RAI THOMAS, a/k/a "Ritch," JAVONE PEARCE,

a/k/a "Jevy," SHANICE JOHN, DOMINIQUE BASS, a/k/a "Domo," and

RICARDO BURGESS, a/k/a "Zilla," the defendants, shall forfeit to

the United States, pursuant to 21 U.S.C. § 853, any and all

property constituting or derived from any proceeds said

defendants obtained directly or indirectly as a result of the

violation alleged in Count Two of this Indictment and any and

all property used or intended to be used in any manner or part

to commit and to facilitate the commission of said violation,

including, but not limited to, a sum in United States currency

representing the amount of all proceeds obtained as a result of

the controlled substance offense alleged in Count Two of the

Indictment.

### Substitute Asset Provision

22.  If any of the property described above as being

subject to forfeiture, as a result of any act or omission of the

defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

NICO BURRELL, a/k/a "Zico Nico," DOUGLAS MCLARTY, a/k/a "Q-Don," a/k/a "Q-Dizzy," MARTIN MITCHELL, a/k/a "Tyliek," DONQUE TYRELL, a/k/a "Polo Rell," GERARD BASS, a/k/a "Roddo," DOMINICK SHERLAND, a/k/a "D-Nick," BARFFOUR ABEBERSE, a/k/a "BB," a/k/a "Duce Bigga," MASHUD YODA, a/k/a "Papa Ola," ANDERSON ROSS, a/k/a "Boogy," a/k/a "Boogy Boo," a/k/a "Ray Allen Jr.," ANTHONY KING, a/k/a "Ant-Dog," MARK WILLIAMS, a/k/a "Spangler," a/k/a "Markie Bossin," QUAYSEAN CANNONIER, a/k/a "Tic-Tic," TAYQUAN TUCKER, a/k/a "Chicken," a/k/a "Chickenita," WILLIAM REID, a/k/a "Uptown Will," MARLON ROBERTS, a/k/a "Fetti," ABDULLAH YODA, a/k/a "Dellah," KENNETH RUGGS, a/k/a "Money Making Kenny," CALVIN RUGGS, a/k/a "GQ," FABIAN MORRISON, a/k/a "Fabo," SHAQUILLE DEWAR, a/k/a "Shaq Doe," DESEAN BENNETT, a/k/a "Doola," JAFAR BORDEN, a/k/a "Jaffy," JOSE RODRIGUEZ, a/k/a "Hov," SHAVON WRIGHT, a/k/a "Bhippy," a/k/a "Yung Bhippy," RASHEID BUTLER, a/k/a "Rah," BRIAN RICHARDS, a/k/a "B-Rich," DEVANTE JOSEPH, a/k/a "Wiz," STEPHAN CLARKE, JAMES PILGRIM, a/k/a "Jizzle," MICHELLE JEMISON, a/k/a "Pebbles," IVANJOEL ARYEETEY, a/k/a "Ijoe," a/k/a "Ivan," ROBERT HAUGHTON, a/k/a "Duke," JAMAL BLAIR, a/k/a "Fish," ONEIL DASILVA, a/k/a "Soxx," a/k/a "Bobby Soxx," DURELL GUY, HAKEEM CAMPBELL, a/k/a "Ocky," a/k/a "Ackee," RICHARD PHILLIPS, a/k/a "G-Mack," RUSHAUN BROWN, a/k/a "Boobie," a/k/a "Gambino," MICHAEL FRANCIS, a/k/a "Mikey Bandz," TYRONE GRAY, a/k/a "Ty," LAMAR FRANCIS, a/k/a "Lammy," a/k/a "Andrew Blacks," SHANE BENNETT, a/k/a "Pattah," DAVID JONES, RICARDO STEWART, a/k/a "Cardo," DANTE PLUMMER, a/k/a "Tae," JOEL HARGROVE, a/k/a "Flow," SHAWN REID, a/k/a "Sama," a/k/a "Sama Lama," BRADLEY WILSON, a/k/a "Broadway," ROBERT FELICIANO, a/k/a "RJ," DANTE STEPHENS, a/k/a "Jibba," CARLETTO ALLEN, a/k/a "Joker," SHAQUILLE JOHN, a/k/a "Poppy," OKEIFA JOHN, a/k/a "Ratty," DAQUAN REID, a/k/a "DQ," MICHAEL REDLEY, a/k/a "Mikey," a/k/a "Jones," ALBERT AMPONSAH, a/k/a "Jungle," RICHARD MONTAGUE, a/k/a "Spanks," ANTHONY LETTERIO, a/k/a "Yay," RAI THOMAS, a/k/a "Ritch," JAVONE PEARCE, a/k/a "Jevy," SHANICE JOHN, DOMINIQUE BASS, a/k/a "Domo," and RICARDO BURGESS, a/k/a "Zilla,"

**Defendants.**

**SEALED SUPERSEDING INDICTMENT**

S2 15 Cr. 95 (AJN)

(18 U.S.C. §§ 1962(d), 924(c)(1)(A)(iii), and 2, and 21 U.S.C. 846.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson. Deputy

4/12/16   FILED SUPERSEDING INDICTMENT.   WARRANTS ISSUED

COPY SENT