DOCKET No. **S2 15 CR 95 AJN** DEFENDANT: **Quaysean Cannonier**

AUSA **Hogan Scotten** DEF.'S COUNSEL **Kerry Lawrence**
☐ RETAINED ☐ FEDERAL DEFENDERS ☑ CJA

☐ _____ INTERPRETER NEEDED ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☑ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.     DATE OF ARREST **4/27/16**   ☐ VOL. SURR.
                                                              TIME OF ARREST **12:39 am**   ☐ ON WRIT
☐ Other: _____                                 TIME OF PRESENTMENT **2:40 pm**

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY       ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED            ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED            ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____       ☐ ON DEFENDANT'S CONSENT

DATE: **4/27/16**                          _____
                                           UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2