CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**
ANDREW D. KAIZER ***

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT
***ALSO ADMITTED IN MA

(914) 946-5900
FAX (914) 946-5906

April 27, 2016

**BY ECF**
Hon. Judge Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 27 2016

Re:   United States v. Burrell, et al.
      15 Cr. 95 (AJN)
      My client:   Quaysean Cannonier (13)

Dear Judge Nathan:

I am writing to seek permission to have Attorney Paul Rinaldo stand in for me at the initial pretrial conference scheduled in the above-referenced case for Monday, May 2, 2016, at 12:00 noon.

] So Ordered

I was assigned to represent defendant Quaysean Cannonier this afternoon and learned that an initial conference has now been scheduled for Monday, May 2, 2016. I will be away teaching a class at Emory University in Atlanta, Georgia, which will conflict with the scheduled conference. Attorney Paul Rinaldo has agreed to stand in for me and I have advised Mr. Cannonier that I am unavailable and he agrees to have Mr. Rinaldo appear on his behalf.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Kerry A. Lawrence

KAL/jlr
cc:   AUSA Hagen Scotten (by ECF)

SO ORDERED: 4/27/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE