**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 8 2016

April 28, 2016

**BY EMAIL AND ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Nico Burrell* et al., S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government writes respectfully to request that the Court stay the decision setting bail for defendants Anthony King and Ricardo Stewart. King and Stewart were arrested and presented yesterday before the Honorable James C. Francis IV. Judge Francis denied the Government's requests for their detention on grounds of danger to the community and risk of flight. Defense counsel for King and Stewart have represented that their clients are close to meeting the conditions of release set by Judge Francis. However, the Government believes that these defendants did not overcome the presumption of detention and that they pose a danger to the community and a risk of flight. We therefore respectfully request that the Court stay the granting of bail for King and Stewart until this Court is able to review the decisions.

So ordered.

    We will be contacting Your Honor's chambers to schedule bail hearings at the Court's earliest convenience.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

                      By:    /s
                              Rachel Maimin
                              Micah W.J. Smith
                              Hagan Scotten
                              Jessica Feinstein
                              Drew T. Johnson-Skinner
                              Assistant United States Attorneys
                              (212) 637-2460/2439/914-993-1924/1946/1587

SO ORDERED:
[signature]
4/28/16
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Cc: Winston Lee, Esq.
     Eric Sears, Esq.