LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                        STEVEN WRIGHT
—                                                                                                                 *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

April 29, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:    *United States v. Nico Burrell et al. (Gerard Bass)*,
                       S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

      This letter is submitted on behalf of defendant Gerard Bass, whom I have been appointed to represent pursuant to the Criminal Justice Act in the above-entitled matter, and is in regard to the pretrial conference scheduled for this Monday, May 2, 2016, at 10 a.m. As indicated on the attorney sign-up sheet for the 10 a.m. Court appearance that was circulated this Wednesday, April 27, 2016, during the defendants' arraignments, my associate, Lindsay A. Lewis, Esq., will be standing in for me at Monday's appearance. Mr. Bass is aware that Ms. Lewis will be representing him for the purposes of that appearance and she has met with Mr. Bass and obtained his consent to do so.

                                                Respectfully submitted,

                                                Joshua L. Dratel

LAL/

cc:    Rachel Maimin, Esq., Micah W.J. Smith, Esq., Hagan Scotten, Jessica T. Feinstein &
        Drew T. Johnson-Skinner
    Assistant United States Attorneys