

**Treyvus & Konoski, P.C.**
Attorneys and Counselors at Law
305 Broadway, 14th Floor
New York, NY 10007

Kira Treyvus, Esq.
Bryan Konoski, Esq.

Tel : (212) 897-5832
Fax: (718) 668-1094

May 10, 2016

**BY ECF**

**Attn: Honorable Alison J. Nathan**
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    United States v. Nico Burrell, et-al, 15-CR-95
             Defendant: Daquan Reid

Dear Judge Nathan:

    I would kindly ask the Court to accept my memorandum late. The Court ordered the memorandum to be filed by 5:00 p.m. It is now nearing 6:00 p.m.

    Unfortunately, I was unable to file the papers promptly by 5:00 p.m. due to my schedule for the day. I received the Government's papers late last night and began working on my reply at that time. I also continued working on the reply early this morning. However, due to my required attendance at a previously scheduled matter, I was unable to finalize the memorandum by 5:00 p.m.

    Thank you for your consideration.

Sincerely,

BRYAN KONOSKI