**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 19 2016

Caption:
United States of America v.

Daquan Reid

Docket No.: 15-CR-00095

_____
(District Court Judge)

Notice is hereby given that **Daquan Reid** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other [ ] Remanding the Defendant to the custody of the US Marshall's pending trial.
(specify)
entered in this action on **May 11, 2016**.
(date)

This appeal concerns: Conviction only [ ]  Sentence only [ ]  Conviction & Sentence [ ]  Other [✓]

Defendant found guilty by plea [ ]  | trial [ ]  | N/A [✓]

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: _____  N/A [✓]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Bryan Konoski |
| Counsel's Address: | 305 Broadway, 14th Floor |
| | New York, NY 10007 |
| Counsel's Phone: | (212) 897-5832 |
| Assistant U.S. Attorney: | AUSA Micah Smith |
| AUSA's Address: | 1 Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2439 |

_____
Signature