```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 1 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :        **ORDER**

    - v. -                          :
                                                   15 Cr. 95 (AJN)
NICO BURRELL et al.,

                                  :

          Defendants.          :

- - - - - - - - - - - - - - - - - x

        Upon the application of the United States of America, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorney Rachel Maimin, of counsel, for an order precluding the dissemination of material produced in this case pursuant to Rule 16 of the Federal Rules of Criminal Procedure (the "Discovery"),

        IT IS HEREBY ORDERED that the Discovery shall be used by the defendants solely for purposes of defending this case.

        IT IS FURTHER ORDERED that the defense is precluded from disseminating any of the Discovery, any copies thereof, or any information contained therein to anyone beyond: (a) the defendants; (b) defense counsel; (c) the parents or legal guardians of the defendants (the "Parents"); (d) any paralegal, investigator, expert, advisor, or any other individual retained or employed by the defense for the purpose of assisting in the

defense ("Defense Staff"); or (e) such other persons as hereafter may be authorized by the Government in writing or by Order of the Court.  To the extent the Discovery is disclosed to Defense Staff or the Parents, defense counsel shall instruct them that they are bound by the terms of this Order.  Further, to the extent the Discovery is disclosed to the Parents: (a) it shall only be in the presence of defense counsel or the Defense Staff; and (b) the Parents shall not be permitted to retain copies of the Discovery.

    IT IS FURTHER ORDERED that the defendants are precluded from posting or causing to be posted any of the Discovery or information contained in the Discovery on the Internet, including any social media website.

    IT IS FURTHER ORDERED that nothing in this Order shall preclude defense counsel or Defense Staff from: (a) showing copies of the Discovery to any potential witness for the purpose of preparing a defense; or (b) sharing the Discovery with each other via Dropbox or other file-sharing software.

    IT IS FURTHER ORDERED that nothing in this Order shall preclude defense counsel from disclosing the Discovery or information contained in the Discovery in any judicial proceedings in this case.  However, all filings shall comply

with the provisions of Rule 49.1 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that nothing in this Order shall preclude Emma M. Greenwood, Esq., the Court-appointed Coordinating Discovery Attorney in this case, from copying the Discovery or disclosing the Discovery to: (a) any defense counsel in this matter or their staff; (b) her employees assisting in the preparation and dissemination of the Discovery; or (c) third-party vendors she deems necessary. Ms. Greenwood shall instruct her employees and any such third party vendors that they are bound by this Order.

Dated: New York, New York
       June 1, 2016

Nothing in this order alters the parties' obligation to comply with the Court's Individual Practices in Criminal Cases regarding requests for redaction or sealing.

THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE