Xavier R. Donaldson
Anthony S. Chilliest

*Member NY & NJ Bars

**DONALDSON & CHILLIEST, LLP**
Attorneys at Law
1825 Park Avenue, Suite 1102
New York, New York 10035
Telephone: (212) 722-4900
Facsimile: (212) 722-4966

Ozro Thaddeus Wells
Paula Brown Donaldson
Jaye Ballard
Jason Foy*
Of Counsel

June 2, 2016

## VIA ECF UNDER SEAL

The Honorable Richard J. Nathan
United States District Court Judge
Southern District of New York
500 Pearl Street
Chambers 1320
New York, New York 10007

     Re: United States v. Nico Burrell, et al.
       (S2) 15 Cr. 95 (# 3) (AJN)
     Re: *Martin Mitchell*

Dear Judge Nathan:

  We represent Mr. Martin Mitchell as CJA Counsel in the above-referenced matter. We write to request the appointment of Learned Counsel.

  We respectfully request the appointment of Learned Counsel because we have received indications from the government that they may seek capital charges against Mr. Mitchell in connection with his alleged role in at least one of the homicides referenced in the indictment. We have conferred with David Patton, Attorney In-Chief of the Federal Defenders of New York and it is recommended that Steve Zissou be appointed as Learned Counsel for Mr. Mitchell. It is my understanding that Mr. Zissou has extensive experience in federal death eligible cases. Accordingly, we respectfully ask Your Honor to So Order the appointment of Steve Zissou as Learned Counsel.

  Thank you in advance for your consideration.

             Respectfully,

             DONALDSON & CHILLIEST, LLP

             Xavier R. Donaldson, Esq.