```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUN 0 6 2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Martin Mitchell,

        Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    After consultation with David Patton, the Executive Director and Attorney-in-Chief of the Federal Defenders of New York, the Court hereby appoints Steve Zissou as learned counsel for Defendant Martin Mitchell. Mr. Zissou is a member of the EDNY Capital Panel, and the Court is satisfied, pursuant to 18 U.S.C. § 3005, that he is learned in the law applicable to capital cases.

    This resolves Docket No. 357.

SO ORDERED.

Dated: June 6, 2016
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1