**MARILYN S. READER**
*Attorney-at-Law*
94 North Chatsworth Avenue
Larchmont, New York 10538
(914) 834-9569

ADMITTED TO PRACTICE IN
NEW YORK, PENNSYLVANIA, AND
NEW JERSEY

July 20, 2016

By email to NathanNYSDchambers@NYSD.UScourts.gov:

Hon. Alison J. Nathan
Judge of the United States District Court
for the Southern District of New York
40 Foley Square
Courtroom 906
New York, New York 10007

Re: *U.S. v. Shaquille Dewar*, 15 CR 95 (AJN)

Dear Judge Nathan:

    I write to respectfully request Your Honor to relieve me as counsel for health reasons and appoint new counsel to represent the defendant Shaquille Dewar. I am located in Westchester County and Mr. Dewar is detained at the Metropolitan Correctional Center (MCC).

    I have nerve impingements in my lower back and neck. For the past month my lower back problem has become exacerbated and it is difficult for me to walk even short distances. As a result, I am unable to get to the MCC to confer with my client. Because of my present debilitation, I am unable to devote the attention this case currently requires.

    I apologize for the inconvenience this causes the Court.

Very truly yours,

*Marilyn S. Reader*

MARILYN S. READER

MSR:hs

cc: AUSA Rachel Maimin (by ECF)
    AUSA Michael Gerber (by ECF)
    Mr. Shaquille Dewar