To whom it may concern;

Calvin Ruggs was recently hired with Burger King on 3500 Boston Road Bronx, NY 10469. Telephone 718-515-8738 on April 25, 2016. I spend time talking with Calvin, he is very mature and well-mannered young man. He showed to be responsible person. He has his position waiting for him here when he returns. If you have any question please feel free to contact me.

6-1-16

Millie Galindez

**Asst. Manager**