LAW OFFICES OF

## JOSHUA L. DRATEL, P.C.

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK  10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                         STEVEN WRIGHT
     —                                                                                                   *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

October 18, 2016

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                              Re:     *United States v. Nico Burrell et al. (Gerard Bass)*,
                                       S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

        This letter is submitted on behalf of defendant Gerard Bass, whom I have been appointed
to represent pursuant to the Criminal Justice Act in the above-entitled matter, and is in regard to
the pretrial conference scheduled for this Thursday, October 20, 2016, at 12 p.m.  With the
Court's permission, my associate, Lindsay A. Lewis, Esq., will be standing in for me at
Thursday's appearance. Mr. Bass is aware that Ms. Lewis will be representing him for the
purposes of that appearance and she has his consent to do so.

                              Respectfully submitted,

                              Joshua L. Dratel

LAL/

cc:     Rachel Maimin, Esq., Micah W.J. Smith, Esq., Hagan Scotten, Jessica T. Feinstein &
            Drew T. Johnson-Skinner
        Assistant United States Attorneys