# EXHIBIT N

`n cheese or bar b q chicken`

**Time** 2015-10-03 03:25:58 UTC
**Type** Comments
**Summary** DeeQu D QuaBank commented on a post from October 2, 2015. `Love u Mama So Happy For U I Swear☐☐☐☐☐☐☐`
**Object Id** S:_l100001292486158:450765331790647:0

**Time** 2015-10-02 23:00:23 UTC
**Type** Status Update
**Summary** Nfs I Love My Mother Odee Nobody Will Ever Take Her Place Dats My World My Everything☐☐❤☐☐☐☐☐☐☐☐☺☐☐☐☐☐ #CurleneOneSon☐☐☐☐☐☐☐☐☐☐☐
**Object Id** S:_l100001292486158:911647052221702

**Time** 2015-06-10 18:42:56 UTC
**Type** Status Update
**Summary** On Da Rd Tryna Get Dis Money For My Familia 🔲🔲🔲🔲🔲🔲🔲🔲🔲🔲🔲🔲
**Object Id** S:_l100001292486158:860768047309603

**Type**
Status Update
**Summary** Sneaker Shopping Wit Mommy N Perri My Girls #ILiveForEm▯▯▯▯▯▯▯▯▯▯▯▯▯▯
**Object Id** S:_l100001292486158:840108539375554

    **Time** 2015-04-18 17:53:42 UTC
    **Type** Status Update
**Summary** Feel Like Running Away But I Got Ppl Dat Depend On Me
**Object Id** S:_l100001292486158:836811609705247

    **Time** 2015-04-18 17:24:15 UTC
    **Type** Status Update
**Summary** Jus Want Everything To Be Great Dats All I Want In Life 🙏🙏🙏🙏🙏
**Object Id** S: l100001292486158:836802116372863