UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,

        -v.-

Nico Burrell, et al.,

                      Defendant.

------------------------------------------------------------ X

15-CR-95 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 12, 2017

ALISON J. NATHAN, United States District Judge:

     The Court is in receipt of the Government's January 6, 2017 letter informing the Court that "the Government does not seek at this time to file a Superseding Indictment." Dkt. No. 942. The Court previously ordered that any Superseder must be filed on or before January 6, 2017. Dkt. No. 736. In light of that order, no further Superseding Indictment may be filed without leave of the Court.

     The Court hereby ORDERS that the January 27, 2017 conference the Court previously scheduled for an arraignment on any Superseding Indictment and discussion of related scheduling issues, Dkt. No. 736, is hereby CANCELLED.

     Additionally, in light of the number of defendants who have pled guilty or who the Government represents in its letter are presently engaged in plea negotiations, the Court issues the following orders concerning dates for *all* remaining defendants:

     First, any trial of Group A defendants will begin on May 1, 2017, the first trial date set by the Court in its October 25, 2016 order. Dkt. No. 736. The Court no longer anticipates needing multiple trial dates for Group A trials. Thus counsel for all remaining Group A defendants shall be prepared to commence trial on May 1, 2017.

Second, the Court hereby orders that any trial of Group B defendants (including both Group B-1 and B-2) will begin on November 6, 2017 (unless the Court grants any timely motion for an earlier trial date).[1] *See id.* As to *all* Group B defendants (those previously designated Group B-1 and B-2), the schedule laid out in the October 25, 2016 order as to Group B-1 defendants will govern going forward. *See* Dkt. No. 736, at 2-3.

**SO ORDERED.**

Date: January 12, 2017
New York, New York

ALISON J. NATHAN
United States District Judge

---

[1] The October 25, 2016 Order, specifies that any such motion must be made on or before January 17, 2016. Dkt. No. 736, at 3.