## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

February 22, 2017

Via ECF

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Burrell, et al.
             *including Jamal Blair*
             1:15 Cr. 95-04 (AJN)

Dear Judge Nathan,

    Russell T. Neufeld and I represent Jamal Blair in the above-captioned case. Attached to this letter please find a psychiatric evaluation report, prepared by Richard G. Dudley, Jr., M.D., and a disc which contains a video recording of the post-arrest statement given by Mr. Blair.

    A courtesy copy of this letter and the attached exhibits will be delivered by hand to the court and to the U.S. Attorney's Office this afternoon.

    Please have your chambers contact my office if you have any questions.

Respectfully submitted,

David Stern

Encl.