### ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

LUCAS ANDERSON

Tel: (212) 571-5500
Fax: (212) 571-5507

March 1, 2017

<u>Via ECF</u>

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  United States v. Burrell, et al.
            ***including Jamal Blair***
            1:15 Cr. 95-04 (AJN)

Dear Judge Nathan,

    Russell T. Neufeld and I represent Jamal Blair in the above-captioned case. Attached hereto is a letter from Rodney Blair, the defendant's uncle, in support of his request for a concurrent sentence of 120 months' imprisonment.

    Please have your chambers contact my office if you have any questions.

Respectfully submitted,

David Stern

Encl.

Tuesday February 14, 2017

Mr. Rodney Blair

RE: Request for leniency for Jamal Blair I.D. # 10A5939

---

Your Honor,

I am writing to urge leniency in the sentencing of my nephew, Jamal Blair whom I have known since his birth. Please allow me to explain further. Jamal was the product of an abusive relationship, which eventually caused my sister her life. Jamal witnessed his mother's murder by the hands of his dad at the vulnerable age of one year old. Jamal grew up with his grandparents and I in the north Bronx. Growing up, Jamal has faced both physical and emotional challenges. His physical challenges were more visible and were addressed with various surgeries and eventually the removal of one kidney. His emotional challenges were a bit more settled and complex in which my parents and I did not understand how to deal with at the time. Hence, he did not receive the psychological intervention that he needed.

For the first four year of his life, Jamal was withdrawn and nonverbal. When he eventually began to speak, Jamal would cry and asked for his mom before going to bed. As Jamal got older, he cried less and I noticed a charming, and gentle personality with an underlying quiet sadness in his demeanor so I had no reason to think there was any problem.

Jamal found himself out of control at that tender age of 16, when he seeks emotional support from outside influences in with fostered the situation he finds himself in today.

Jamal is aware of the gravity of his actions, and the time he has wasted, and the pain his actions has caused everyone, and truly regrets breaking his family, especially his grandparents and I hearts, and wishes nothing more than to make amends for his actions. His grandparents Mary and Esbourne Blair and I, remains optimistic in his soon return home, but talks less these days about Jamal because of the sadness his absence brings to our hearts. Jamal, on the other hand is seeing his grandparents and I, get up in age and swears he will do right by us before it's too late if given an opportunity. Please give him a chance to become a productive member of society.
Thank you for considering this request for leniency.

Sincerely,

*Rodney Blair*

Rodney Blair