

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2017

**BY ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Burrell* et al., S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter, pursuant to the Court's Order dated October 25, 2016, regarding the trial for Group A defendants presently scheduled for May 1, 2017. To the extent there is such a trial, the Government proposes the following schedule, to which no defense counsel has objected:

- Motions *in limine*, Requests to Charge, and Voir Dire would be due April 3, 2017.
- Responses to motions *in limine* would be due April 17, 2017.
- The Government would produce 3500 and Giglio material for cooperating witnesses by April 24, 2017; and for all other witnesses by April 28, 2017.
- The Government would produce exhibits by April 28, 2017.

    In light of the foregoing agreement, the status of plea negotiations, and the fact that no motions were filed in this case, the parties seek guidance from the Court as to whether the Court still intends to hold a conference on March 3, 2017.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: ___/s/_____
    Rachel Maimin
    Hagan Scotten
    Jessica Feinstein
    Drew Johnson-Skinner
    Assistant United States Attorneys
    (212) 637-2460

cc: All defense counsel