*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 13, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Barffour Abeberse*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

      The Government respectfully submits this letter, on consent of the defendant, to request a two-week adjournment of the above-referenced defendant's sentencing, presently scheduled for March 17, 2017. The defendant's submission raises a legal issue that may be resolved by the decision of the Supreme Court in *Beckles* v. *United States*, -- S. Ct. --, 2017 WL 855781 (2017). The adjournment will afford the parties the opportunity to come to an agreement on this legal issue in order to avoid any further litigation on the matter.

      Respectfully submitted,

      JOON H. KIM
      Acting United States Attorney

By: ___/s/_____
      Rachel Maimin
      Hagan Scotten
      Jessica Feinstein
      Drew Johnson-Skinner
      Assistant United States Attorneys
      (212) 637-2460

cc: Glenn Garber, Esq.