U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 5, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The May 1, 2017 trial is hereby removed from the Court's calendar, and the conference scheduled for tomorrow (April 6, 2017) is adjourned.
> SO ORDERED.
>
> SO ORDERED: April 5, 2017
> HON. ALISON J. NATHAN
> UNITED STATES DISTRICT JUDGE

Re:   *United States v. Burrell et al.*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter in anticipation of the conference scheduled for tomorrow, April 6, 2017, for the Group A defendants in this case. In particular, the Government advises the Court that the sole remaining defendants in Group A—Rai Thomas and Shavon Wright—entered guilty pleas this morning in Magistrate Court. The Government will submit plea acceptance paperwork for the Court's consideration later today, as soon as the transcript is received from the Court Reporters. Under these circumstances, the Government asks that the Group A trial scheduled to begin on May 1, 2017 be taken off the calendar and awaits guidance from the Court as to whether tomorrow's conference is still necessary.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By:   /s/
Rachel Maimin
Hagan Scotten
Jessica Feinstein
Drew Johnson-Skinner
Assistant United States Attorneys
(212) 637-2460

cc: All Defense Counsel