*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 25, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Tayquan Tucker*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter, in lieu of a formal sentencing submission, to request that the Court sentence the defendant Tayquan Tucker to the mandatory minimum term of imprisonment of 84 months, as also requested by the United States Probation Office and by Tucker himself.  Eighty-four months is the Guideline sentence in this case, and is also sufficient but not greater than necessary to satisfy the statutory sentencing factors, as outlined in the Presentence Report.

        Respectfully submitted,

        JOON H. KIM
        Acting United States Attorney

    By:   /s/_____
        Rachel Maimin
        Hagan Scotten
        Jessica Feinstein
        Drew Johnson-Skinner
        Assistant United States Attorneys
        (212) 637-2460

cc: Howard Tanner, Esq.