

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States* v. *Anthony King*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

  The Government respectfully submits this letter, in lieu of a formal sentencing submission, to request that the Court sentence the defendant Anthony King to the mandatory minimum term of imprisonment of 60 months, as also requested by the United States Probation Office and by King himself.  Sixty months is the Guideline sentence in this case, and is also sufficient but not greater than necessary to satisfy the statutory sentencing factors, as outlined in the Presentence Report.

         Respectfully submitted,

         JOON H. KIM
         Acting United States Attorney

      By: ___/s/_____
         Rachel Maimin
         Hagan Scotten
         Jessica Feinstein
         Drew Johnson-Skinner
         Assistant United States Attorneys
         (212) 637-2460

cc: Winston Lee, Esq.