**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:     *United States* **v.** *Oneil Dasilva*, **S2 15 Cr. 95 (AJN)**

Dear Judge Nathan:

     The Government respectfully submits this letter, in lieu of a formal sentencing submission, to request that the Court sentence the defendant Oneil Dasilva to the mandatory minimum term of imprisonment of 120 months, as also requested by the United States Probation Office and by Dasilva himself.  Dasilva was one of the most violent defendants to be charged in this case, having committed a shooting that injured multiple children in a backyard party in the Bronx, New York.  If it were not for his recent spinal injuries, this sentence would be woefully insufficient.  However, these injuries are significant. Under the unique circumstances of this case, a term of imprisonment of 120 months is sufficient but not greater than necessary to satisfy the statutory sentencing factors, as outlined in the Presentence Report.

     Respectfully submitted,

     JOON H. KIM
     Acting United States Attorney

     By:     /s/
           Rachel Maimin
           Hagan Scotten
           Jessica Feinstein
           Drew Johnson-Skinner
           Assistant United States Attorneys
           (212) 637-2460

cc: Joseph Grob, Esq.