USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED **MAY 2 5 2017**

**Criminal Notice of Appeal - Form A**

## NOTICE OF APPEAL

### United States District Court

<u>Southern</u> District of <u>New York</u>

Caption:

<u>United States of America</u>

V

<u>oneil DaSilva</u>

Docket No. <u>52  15 CR 00095 - 35</u> (A:

<u>Judge Nathan</u>
(District Court Judge)

Notice is hereby given that <u>Oneil DaSilva</u> appeals to the United States Court of

Appeals for the Second Circuit from the judgment ____ other |

entered in this action on <u>5/17/17</u>
(date)

(specify)

This appeal concerns: Conviction only | | Sentence only | | Conviction & Sentence | ✓ Other |

Defendant found guilty by plea | | trial | | N/A |

Offense occurred after November 1, 1987? Yes | ✓ No | N/A | _

Date of sentence: <u>5-12-17</u> N/A | |

Bail/Jail Disposition: Committed | ✓ Not committed | | N/A |


Appellant is represented by counsel? Yes ✓ No | If yes, provide the following information:

Defendant's Counsel: <u>Joseph A. Grob</u>

Counsel's Address: <u>Joseph A. Grob, P.C.</u>
<u>345 7th Ave, New York, NY. - 21st Floor</u>

Counsel's Phone: <u>516-993-7336</u>

Assistant U.S. Attorney: <u>Rachel Maimin</u>

AUSA's Address: <u>1. St Andrews plaza</u>
<u>New York, NY 10007</u>

AUSA's Phone: <u>212-637-2460</u>

Signature