# EXHIBIT D

*Media Cards and Blogs of Performances in Which Mr. Burrell Performed Between 2015 and 2016*

 ziico_niico



APRIL 12, 2016





 ziico_niico



APRIL 4, 2016




 ziico_niico



MARCH 11 2016

 ziico_niico



 ziico_niico



ziico_niico


msmochamarie



NOVEMBER 30, 2015

 ziico_niico





ziico_niico



soraspy.com

**SORASPY**

## GO HOME ROGER – BIGG BASE FT ZIICO NIICO (OFFICIAL MUSIC VIDEO)

RASPY • NOVEMBER 19, 2015

ENTERTAINMENT   MUSIC   RASPY TV   0 COMMENTS   0 VIEWS

FlossCityHD is a movement that has no quit, with Ziico Niico & Bigg Base being the driving force that makes the "Bronx Crew" engine run, the Bronx natives have quietly started to make an impact on the Hip-hop scene. With successful releases from Ziico & his mix tape "I'm Heem" creating a buzz, the path is now clear for his partner in crime Bigg Base to step to the plate and go for the jugular of the industry. With his new video "Go Home Roger" feat Ziico Niico, Base gives us raw lyrics and the swagger of a young, hungry man trying to eat at all cost. Checkout "Go Home Roger" and see why FlossCityHD won't be denied.

NOVEMBER 19, 2015



ziico_niico



hiphopondeck.com

The Bronx the birthplace of hip-hop has a rich history of emcee's & crews that have left its imprint on the music game. As time has passed rap groups have come and gone, but none of them have had the ability to achieve & maintain long-term success. Now that's about to change with some new energy & talent that has emerged from the "North Bronx", and that new found energy is "FlossCityHD." This crew from the upper part of the Bronx is thick as thieves and that's evident as you delve deep into the "FlossCityHD" network. Up first to set the pace and tone of the crew is "Ziico Niico" and his latest visual "Uptown Poppin." In which he gives you a firsthand look at the "FlossCityHD" movement and why the Bronx is buzzing about the crew. Everything they do is a movie and on a big scale, making them the talk of the hood. Zuco recently released a new project "I'm Heem" on Datpiff and is starting to garner the attention of the industry. Checkout Ziico Niico "Uptown Poppin" and see why the FlossCityHD movement is something to pay attention to!

    

 ziico_niico



 ziico_niico



 ziico_niico



JUNE 28 2015