**Henry J. Steinglass**
**Attorney At Law**
**299 Broadway, Suite 1802**
**New York, New York 10007**
email: *hjsteinglasslaw@earthlink.net*

**tel: (212) 406-7700**                                                               **fax: (212) 406-7702**

June 6, 2017

Hon. Alison J. Nathan,  U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square.
New York NY 10007

re: United States v. Burrell  et al., 15 CR 0095 (AJN) (JAMES PILGRIM)

Dear Judge Nathan:

      As directed by the Court at our 5/23/17 conference, I report that my client, James Pilgrim, refused my visit to him at MCC on 5/28/17. I note that, immediately after our 5/23/17 conference, Mr. Pilgrim told me in the hall outside the courtroom (in the presence of several other people) that he would refuse to see me when I came to visit him.

      I also note that Mr. Pilgrim recently wrote a letter to Your Honor which has been sealed. A copy of this letter has been  forwarded to me by chambers.

      Yours truly,

      s/
      Henry J. Steinglass

cc.   AUSA Rachael Maimin (via ECF)