**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

June 26, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Nico Burrell et al.*,
             S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

      The Government has received multiple communications today from defense counsel inquiring as to whether there is a conference scheduled for tomorrow, June 27, 2017. Accordingly, the Government respectfully submits this letter to confirm the Government's understanding that the Court's January 12, 2017 Scheduling Order effectively cancelled tomorrow's conference, which had been scheduled in a prior Scheduling Order, dated October 25, 2016.

                                  Respectfully submitted,

                                  JOON H. KIM
                                  Acting United States Attorney

                  By:   /s/_____
                         Rachel Maimin
                         Assistant United States Attorney
                         (212) 637-2460

cc:  All defense counsel