

40 Fulton Street – 23rd Floor – New York, NY 10038<br>
Office: 212-235-5494 • Fax: 212-480-4444 • Email: Elizabeth@MacedonioLaw.com

June 28, 2017

**<u>Via ECF</u>**

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Desean Bennett</u><br>
15 Cr. 95 (AJN)

Dear Judge Nathan:

    With the consent of the government, this letter is written to request a sixty day adjournment of the sentence in the above referenced matter. Currently it is on the Court's calendar for July 19, 2017. This is the second request to extend the sentence date. The first requested was granted on consent.

    The within request is made as the defense is in the process of gathering information to submit to the Court in the form of a mitigation report. To that end, the Court has appointed a mitigation specialist who is working to conduct pertinent interviews and complete the report. In addition, we have subpoenaed relevant documentation from various city agencies. This documentation has not yet been received.

    As it is believed that the requested time will allow the parties to prepare sentencing submissions and present to the Court all of the relevant considerations pursuant to Title 18 U.S.C. §3553(a), the within adjournment is requested. I thank Your Honor for her consideration in this matter.

                                                  Respectfully submitted,

                                                  *Elizabeth E. Macedonio*

                                                  Elizabeth E. Macedonio
                                                  *Attorney for the Defendant*
                                                  *Desean Bennett*

cc: All parties via ECF