

July 11, 2017

**J. Bruce Maffeo**
Direct Phone   212-883-4951
Direct Fax 917-521-5866
jbmaffeo@cozen.com

**VIA ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
Room 2102
New York, New York 10007

Re:   United States v. Burrell, et al., 15-cr-00095-AJN-27

Dear Judge Nathan:

I represent Mark Williams, a sentenced defendant in the above referenced matter, and write further to the Court's order of yesterday's date seeking a response to Williams' letter to the court requesting various materials in his case. Prior to Williams' sentencing, I routinely provided him with copies of all relevant correspondence, including (but not limited to) his pre-sentence report, my and the government's submissions and periodic updates of the docket entries in this case. Because I understand that Williams' personal belongings, including his legal papers, have yet to be forwarded to the institution where he is currently lodged, by letter today I provided him with a second set of the materials previously furnished him. The transcript of Williams' plea is yet to be available, but once it is, I will forward a copy to him as well.

Sincerely,

COZEN O'CONNOR

By: J. Bruce Maffeo

JM

cc: Mark Williams (by mail)