

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   *United States* v. *Nico Burrell* et al.,
           S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter jointly with the defendants to request a second adjournment of the motions response deadline for Group B defendants until August 18, 2017 and a corresponding adjournment of any evidentiary hearing to a date at the Court's convenience in September. The Government is in active plea negotiations with the defendants who filed motions that may obviate the need to respond to many, if not all, of the motions and that may also obviate the need for any hearing.

                            Respectfully submitted,

                            JOON H. KIM
                            Acting United States Attorney

                  By:    /s/_____
                         Rachel Maimin
                         Assistant United States Attorney
                         (212) 637-2460

cc:  All defense counsel