U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 11, 2017

**BY ECF**

> The motions response deadline is hereby adjourned to August 18, 2017. Any evidentiary hearing (currently scheduled for August 8, 2017) is adjourned to September 18, 2017. SO ORDERED.

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Nico Burrell* et al.,
       S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

The Government respectfully submits this letter jointly with the defendants to request a second adjournment of the motions response deadline for Group B defendants until August 18, 2017 and a corresponding adjournment of any evidentiary hearing to a date at the Court's convenience in September. The Government is in active plea negotiations with the defendants who filed motions that may obviate the need to respond to many, if not all, of the motions and that may also obviate the need for any hearing.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: ___/s/___
Rachel Maimin
Assistant United States Attorney
(212) 637-2460

cc: All defense counsel

SO ORDERED:

7/11/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE