UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA

                                                                 15 Cr. 95 (AJN)

        -against-

LAMAR FRANCIS,

                                                      Defendant.

------------------------------------------------------------------------ x

**SUPPLEMENTAL SENTENCING**
**MEMORANDUM FOR DEFENDANT**
**LAMAR FRANCIS**

                                                 MICHAEL HUESTON, ESQ.
                                                 *Attorney for Defendant Lamar Francis*
                                                 16 Court Street, Suite 3301
                                                 Brooklyn, New York 11241
                                                 (718) 246-2900

Dated:       Brooklyn, New York
                 July 18, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA

                                                                15 Cr. 95 (AJN)

      -against-

LAMAR FRANCIS,

                                           Defendant.

------------------------------------------------------------------------ x

## SUPPLEMENTAL SENTENCING MEMORANDUM FOR DEFENDANT LAMAR FRANCIS

### STATEMENT

        With the Court's permission, defendant Lamar Francis places before the Court the following issues relating to his appropriate sentence.

        Please find attached at Exhibit E a letter from Community Coordinator Ursula Green concerning Mr. Francis' appropriate sentence.

Dated:      Brooklyn, New York
                July 18, 2017

                                          Respectfully submitted,

                                          ____s/_____
                                          MICHAEL HUESTON, ESQ.
                                          *Attorney for Defendant Lamar Francis*
                                          16 Court Street, Suite 3301
                                          Brooklyn, New York 11241
                                          (718) 246-2900

# DECLARATION OF SERVICE

Michael Hueston, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

On July 18, 2017, I served the annexed Supplemental Sentencing Memorandum and Exhibit on:

> Rachel Maimin, Drew Johnson-Skinner
> Hagan Scotten, and Jessica Feinstein
> Assistant United States Attorneys
> United States Attorney for
> Southern District of New York
> *The Silvio J. Mollo Building*
> One Saint Andrew's Plaza
> New York, New York 10007

[X] BY ELECTRONIC CASE FILING
[ ] BY EMAIL
[ ] BY HAND
[ ] BY FIRST CLASS MAIL
[ ] BY FACSIMILE WITH PERMISSION

Dated:  Brooklyn, New York
July 18, 2017

___s/_____
MICHAEL HUESTON, ESQ.
*Attorney for Defendant*
16 Court Street, Suite 3301
Brooklyn, New York 11241
(718) 246-2900