**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Anthony Letterio*,
              S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government respectfully submits this letter to advise the Court that the docket sheet for the defendant Anthony Letterio, who was sentenced on March 16, 2017, does not appear to reflect the entry of a Judgment of Conviction.

              Respectfully submitted,

              JOON H. KIM
              Acting United States Attorney

        By:   /s/
              Rachel Maimin
              Assistant United States Attorney
              (212) 637-1946

cc:  Calvin Scholar, Esq.