Dear Your honorable Nathan

I would like to thank you for taking my letter into consideration. I am writing you to give you a better idea of who I am. Also to tell you about the changes and decissions I am making to better my future. I am a 24 year old father of 3 beautiful girl's, one which I happen to not be the biological father of. I now realize that my mistake's and actions have affected my children in a major way. My daughter's depend on me to bring them back and forth to school, pack their lunch bag's and help them with their homework. Since being in MCC for the past 12 month's my daughter's only get to visit me for one hour once a week. It hurt's when my children ask me if I am going home with them and I dont have an answer for them. During the past 12 month's I've missed my daughter's graduation, first day's of school, birthday's and holiday's. Being a father mean's the most to me because I had to grow up without mine after he was killed. I was only 6 year's old when my father was murdered at a party. Since then my mom took care of me the best she could. There were time's she struggled to keep job's and pay bill's as a single parent. Seeing my mom struggle all those year's led me to find my first job at the age of 14 at the local meat market. Working there I helped my mom with a few thing's around the house. My first job taught me to be independent and learn responsibilities. After having my first daughter I dropped out of high school during the 11th grade to work more hour's to help provide for my family. The meat market eventually went out of business and my mom helped me to find a job at American Transit Insurance as a office clerk. I left that job after working for a year and

being discouraged by my supervisor because my work effort was not noticed. Things got even harder when my mother and I were evicted out of our apartment in 2013. I was left homeless for almost 3 years where I stayed with family and friends from time to time. Things have been very unstable for me since then. The mother of my children Keshawna Johnson and I decided to find an apartment together. We lived together with my 2 daughters for a few months. After disagreeing we eventually seperated after a 9 year relationship which left me depressed and lonely. Being in that state of mind led me to make the mistakes I made and do things I dont usually do such as selling drugs. I have never been a gang member but I sold drugs personally hoping to make money for myself to survive and help my family.

During 2015 my current partner Keisha Arscott and I decided to take our relationship seriously after a few years of friendship. Keisha has been there for me through my hard times and has helped with motivating me to find another job. Keisha actually referred me to a friend to help me obtain a job in a nursing home. This same nursing home is where my grandmother resided before her death from diabetes on March 8th 2016. With the memory of visiting my grandmother at the nursing I was no longer interested in employment there. Instead I chose to start a online course to recieve my OSHA permit to work construction. When I am released I am going to work construction full time. I think construction is best for me because I like to be hand's on at work and I like to be outside working in different locations. When I am home I like to take walks in the park with my daughter and watch them play while I enjoy nature and clear my mind. During my time in MCC I have participated in different programs and earned certificates. I also enrolled in a GED prep class to obtain my GED. Participating in positive activities help me to stay out of trouble while in MCC and has

taught me tools to use to stay out of trouble when I am released.

    This experience has taught me how bad drugs are and how they affect people that sell them and use them. I am going home to earn money the right way instead of having to look over my shoulders and risking my freedom. I would like to give back to the community and help others to not make the same mistakes I did. I accept responsibilities for my wrongs because I knew what I was doing was the wrong thing to do when I was doing it. I dont want my family to suffer for my mistakes. Even though I went through tough times I realize now that I still had my health, family support and most of all my freedom. I am asking for you to accept my apology and to give me a second chance at freedom to be with my family.

                                                       Sincerly,
                                                  Richard Phillips