

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Nico Burrell, et al.*, S2 15 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government writes regarding two recent minute entries on the docket in the *Burrell* case. On January 12, 2017, the Court set the trial for Group B defendants to begin on November 6, 2017. Minute entries for conferences on June 27, 2017, and August 18, 2017 incorrectly list the trial date as November 16, 2017. The Government respectfully requests that the Court direct the Clerk's Office to correct the minute entries to reflect the November 6, 2017 start date.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By:   /s/
    Jessica Feinstein
    Rachel Maimin
    Hagan Scotten
    Drew Johnson-Skinner
    Assistant United States Attorneys
    (212) 637-2460

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 9 2017

SO ORDERED:  8/28/17

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE