*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

August 31, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Donque Tyrell, et al.*,
                S2 15 Cr. 95 (AJN), S6 16 Cr. 95 (AJN)

Dear Judge Nathan:

      The Government writes jointly on behalf of the parties in the upcoming November 6, 2017 trial to propose the following schedule for motions and disclosures:

- October 9, 2017:
    - Motions in limine, voir dire, and requests to charge due;
    - Government provides notice of evidence it seeks to admit under Rule 404(b) of the Federal Rules of Evidence;
    - Government submits revised letter listing racketeering acts it may prove at trial.

- October 23, 2017:
    - Response to motions in limine due;
    - Parties to give expert notice.

- October 27, 2017:
    - Government turns over 18 U.S.C. § 3500 and *Giglio* material.[1]

- November 3, 2017:
    - Exhibits due.

      Defense counsel for Donque Tyrell, Dominick Sherland, and Carletto Allen, the remaining defendants, have consented to the proposed sechedule. The Government respectfully

---

[1] To the extent that there are safety concerns for any particular witness, the Government reserves the right to withhold that witness's § 3500 material until closer to his or her testimony.

requests that the Court endorse the parties' joint schedule, and set a date for the final pretrial conference.

                              Respectfully submitted,

                              JOON H. KIM
                              Acting United States Attorney

By: \_\_\_/s/_____
                              Jessica Feinstein
                              Rachel Maimin
                              Hagan Scotten
                              Drew Johnson-Skinner
                              Assistant United States Attorneys
                              (212) 637-2460

Cc: Larry Sheehan, Esq. (Counsel for Donque Tyrell)
    Ed Sapone, Esq. (Counsel for Dominick Sherland)
    Todd Allen Bussert, Esq. (Counsel for Dominick Sherland)
    John Joseph Kenney, Esq. (Counsel for Carletto Allen)
    Olubukola Olarogba Adetula, Esq. (Counsel for Carletto Allen)