**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 6 2017

August 31, 2017

**BY ECF**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The schedule is approved. The Court hereby schedules a final pre-trial conference for October 26, 2017, at 3:00 p.m.
> SO ORDERED.
>
> SO ORDERED: 9/5/17
> HON. ALISON J. NATHAN
> UNITED STATES DISTRICT JUDGE

Re:  *United States* v. *Donque Tyrell, et al.*,
     S2 15 Cr. 95 (AJN), S6 16 Cr. 95 (AJN)

Dear Judge Nathan:

    The Government writes jointly on behalf of the parties in the upcoming November 6, 2017 trial to propose the following schedule for motions and disclosures:

- October 9, 2017:
    - Motions in limine, voir dire, and requests to charge due;
    - Government provides notice of evidence it seeks to admit under Rule 404(b) of the Federal Rules of Evidence;
    - Government submits revised letter listing racketeering acts it may prove at trial.

- October 23, 2017:
    - Response to motions in limine due;
    - Parties to give expert notice.

- October 27, 2017:
    - Government turns over 18 U.S.C. § 3500 and *Giglio* material.[1]

- November 3, 2017:
    - Exhibits due.

    Defense counsel for Donque Tyrell, Dominick Sherland, and Carletto Allen, the remaining defendants, have consented to the proposed sechedule. The Government respectfully

---

[1] To the extent that there are safety concerns for any particular witness, the Government reserves the right to withhold that witness's § 3500 material until closer to his or her testimony.

Case 1:15-cr-00095-AJN   Document 1694   Filed 09/06/17   Page 2 of 2
Case 1:15-cr-00095-AJN   Document 1687   Filed 08/31/17   Page 2 of 2

Page 2

requests that the Court endorse the parties' joint schedule, and set a date for the final pretrial conference.

                Respectfully submitted,

                JOON H. KIM
                Acting United States Attorney

By: \_\_\_/s/_____
     Jessica Feinstein
     Rachel Maimin
     Hagan Scotten
     Drew Johnson-Skinner
     Assistant United States Attorneys
     (212) 637-2460

Cc: Larry Sheehan, Esq. (Counsel for Donque Tyrell)
    Ed Sapone, Esq. (Counsel for Dominick Sherland)
    Todd Allen Bussert, Esq. (Counsel for Dominick Sherland)
    John Joseph Kenney, Esq. (Counsel for Carletto Allen)
    Olubukola Olarogba Adetula, Esq. (Counsel for Carletto Allen)